# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BENNY HUGO, an individual,<br><br>Plaintiff,<br><br>vs.<br><br>THE INSTITUTE OF ELECTRICAL AND ELECTRONICS ENGINEERS, INC., a Corporation; and DOES 1-10, Inclusive,<br><br>Defendants. | Case No. 8:23-cv-01115DOC (DFMx)<br><br>*Honorable David O. Carter*<br><br>**ORDER JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE AS TO ENTIRE ACTION PURSUANT TO FRCP, RULE 41 (a)(1)** [20]<br><br>Action Filed: 05/18/23 |

GOOD CAUSE APPEARING AND ON ORDER OF THE COURT, THE ABOVE MATTER, IN ITS ENTIRETY, IS DISMISSED WITH PREJUDICE. EACH PARTY SHALL BEAR THEIR OWN COSTS AND ATTORNEYS' FEES.

IT IS SO ORDERED.

Dated: September 29, 2023

_____
Hon. David O. Carter